## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV168 |
| | ) | |
| v. | ) | |
| | ) | |
| STEAMSCENES U.K. and M. TYACK, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the magistrate judge for full pretrial supervision.  On July 5, 2005, a consent judgment was entered against defendant M. Tyack.

Default was entered against defendant Steamscenes U.K. on July 1, 2005, and plaintiff's claims against Steamscenes U.K. remain pending.  It remains plaintiff's duty to go forward in prosecuting the case by, for example, filing a motion for default judgment.

**IT THEREFORE IS ORDERED** that plaintiff is given until **September 15, 2005** to file a motion for default judgment against defendant, Steamscenes U.K., or take other appropriate action to prosecute the case.  If appropriate action is not taken, I will recommend that the case be dismissed without prejudice for failure to prosecute.

**DATED August 19, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge